**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.                                                             )<br>)<br>**GABRIEL BELL,**                                 )<br>)<br>              **Defendant.**             )<br>_____ ) | **CASE NO. 5:23-CR-28 (MTT)** |

**ORDER**

The parties have jointly moved the Court to continue this case to the next trial term. Doc. 22. The defendant was indicted on May 9, 2023, and had his arraignment in this Court on May 31, 2023. Docs. 1; 13. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to provide additional time for defendant's counsel to review discovery, conduct any required investigation, prepare for trial, or negotiate a potential resolution of the case. Doc. 22 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 22) is **GRANTED**. The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT